

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-18-2002

# Newmark v. Secretary Veterans

Precedential or Non-Precedential:

Docket 1-1809

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Newmark v. Secretary Veterans" (2002). *2002 Decisions.* Paper 185.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/185

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 01-1809


ARTHUR NEWMARK, M.D.,
                              Appellant

           v.

      *ANTHONY PRINCIPI, SECRETARY,
    UNITED STATES DEPARTMENT OF VETERANS
        AFFAIRS; TRACY BARRETT, in her
         official capacity as Acting Chief
 of Staff, and in her individual capacity;
MICHAEL BERKWITS, in his official capacity
as Director of the Emergency Room, and in
  his individual capacity; EARL FALLAST;
 JOHN DOE Nos. 1-5; PHILADELPHIA VETERANS
          AFFAIRS MEDICAL CENTER

    *(Substituted Pursuant to F.R.A.P. 43(c))


    Appeal from the United States District Court
     for the Eastern District of Pennsylvania
           (D.C. Civil No. 99-cv-05798)
      District Judge: Honorable Jan E. DuBois


         Argued January 17, 2002
  Before:  RENDELL, FUENTES, and MAGILL*,  Circuit Judges

         (Opinion Filed: March 13, 2002)

_____


* Hon. Frank J. Magill, Judge of the United States Court of Appeals for the Eighth
   Circuit, sitting by designation.

_____

ORDER AMENDING SLIP OPINION
_____

     IT IS HEREBY ORDERED that the slip opinion filed in this matter on March 13,
2002, is amended as follows:

        1.   On page 4, line 12, delete "(Appee. Supp. Br. at 5)."
        2.   On page 8, first full paragraph, first line, delete the word  "the" before
     "S.265."

            BY THE COURT:


            /s/ Marjorie O. Rendell
             Circuit Judge

Dated: March 18, 2002